UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDWARD KOZIEROWSKI,

    Plaintiff,

v.                              CASE NO. 3:23-cv-222-HES-LLL

DISCOVER BANK, EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX INFORMATION
SERVICES, LLC and TRANS UNION LLC,

    Defendants.
_____/

## O R D E R

This matter is before this Court on an "Amended Notice of Settlement with Defendant, Discover Bank" (Dkt. 50). The Amended Notice explains Plaintiff and Defendant Discover Bank have reached a settlement in this matter.

Accordingly, it is **ORDERED**:

Based on the "Amended Notice of Settlement with Defendant, Discover Bank" (Dkt. 50) this case is **DISMISSED without prejudice** as to Defendant Discover Bank only, but this Court retains jurisdiction over this matter for the next sixty days. However, any party may move this Court, within those sixty days, to enter a Dismissal with Prejudice, a stipulated

form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of June 2024.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Bridget Lynn Scarangella, Esq.
Jason Daniel Joffe, Esq.
Graziella Pastor, Esq.
Sara Lauren Solano, Esq.